IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| I.Q. CREDIT UNION,<br><br>　　　　　Plaintiff,<br>　v.<br><br>KHALEESI, Official No. 1262724, its Engines, Machinery, Appurtenances, etc., *In Rem*; MARIAH LINDEN-ERICKSON, SUMER LUISE JOHNSON and UNKNOWN HEIRS and BENEFICIARIES OF BLUE LINDEN, *In Personam*,<br><br>　　　　　Defendants. | Case No.: 3:22-cv-01226-YY<br><br>ORDER |

**Adrienne Nelson, District Judge**

　　　　United States Magistrate Judge Youlee Yim You issued Findings and Recommendation in this case on August 14, 2023. Judge You recommended that this Court grant Plaintiff's Motion for Default Judgment, ECF [31] and Motion for Attorney's Fees, ECF [32], and enter plaintiff's Proposed General Judgment and Degree of Foreclosure, ECF [36]. No party has filed objections.

　　　　A district court judge may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). If any party files objections to a magistrate judge's proposed findings and recommendations, "the court shall make a de novo determination of those portions of the report." *Id.* If no objections are filed, then no standard of review applies. However, further review by the district court *sua sponte* is not prohibited. *Thomas v. Arn*, 474 U.S. 140, 154 (1985). The Advisory Committee notes to Federal Rule of Civil Procedure 72(b) recommend that unobjected to proposed findings and recommendations be reviewed for "clear error on the face of the record." Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment.

　　　　Because no party in this case has made objections, this Court reviews Judge You's Findings and Recommendation for clear error on the face of the record. Finding no such error, the Court ADOPTS Judge You's Findings and Recommendation, ECF [38]. Plaintiff's Motion for Default Judgment, ECF [31],

1

is GRANTED, and plaintiff's Motion for Attorney's Fees, ECF [32], is GRANTED.

IT IS SO ORDERED.

DATED this 11th day of September, 2023.

_____
Adrienne Nelson
United States District Judge